**MARIE-ANN GREENBERG, MAG-1284**
**MARIE-ANN GREENBERG, STANDING TRUSTEE**
**30 TWO BRIDGES ROAD, SUITE 330**
**FAIRFIELD, NJ 07004**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

| | |
|---|---|
| In the matter of:                                 : | **UNITED STATES BANKRUPTCY COURT** |
|                                                              : | **DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, TRUSTEE**       : | **In Bankruptcy B-** |
| **Chapter 13 Bankruptcy**                     : | |
|                                                              : | **STATEMENT OF UNDISTRIBUTED** |
|                                                              : | **BALANCE** |
| **Bankruptcy**                                     : | |


| Case # | Judge | Debtor's Name | Claim # | Creditor Name | Amount | Reason |
|--------|-------|---------------|---------|---------------|--------|--------|
| 04-44255 | DHS | Daniel Cinquegrana | 0003 | CACV/MBNA | $1,389.24 | Need Transfer |


**November 20, 2009**
**To be Deposited into Can X600**          **/s/Marie-Ann Greenberg**
                                                                **MARIE-ANN GREENBERG**
                                                                **STANDING TRUSTEE**